# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

MATGARITO LAGUNAS-SALAZAR, *et al.,*

Plaintiffs,

vs.

DALE SUMMERLIN, *et al.,*

Defendants.

2:12-cv-00867-KJD-VCF

**MINUTE ORDER**

Before the Court is Defendants' Motion to Compel Production of Authorizations for Tax Returns on an Order Shortening Time (#11).

IT IS HEREBY ORDERED that the Opposition to Defendants' Motion to Compel Production of Authorizations for Tax Returns on an Order Shortening Time (#11) is due on or before Wednesday, September 26, 2012.

IT IS FURTHER ORDERED that Plaintiff's counsel will deliver to the undersigned Judge's chambers, one copy of Plaintiff Matgarito Lagunas-Salazar's 2004 through 2011 completed W-2 forms and tax returns, on or before 4:00 p.m., September 26, 2012. DO NOT file with the Court.

IT IS FURTHER ORDERED that the hearing on Defendants' Motion to Compel Production of Authorizations for Tax Returns on an Order Shortening Time (#11) is scheduled for 10:00 a.m., September 28, 2012 in Courtroom 3A.

DATED this 21th day of September, 2012.

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE